UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS MCKINLEY HOLMAN,

    Plaintiff,

v.

RONALD BROOMFIELD,

    Defendant.

Case No. 21-cv-09967-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 1

Plaintiff, a state prisoner acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice. The pending motion (Dkt. No. 1) is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 7, 2022

_____
JAMES DONATO
United States District Judge